United States District Court
Southern District of New York
------------------------------------X
ORVILLE CORREA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/09

                    Plaintiff,

          -against-                        08 Civ. 10263 (DAB)
                                                  ORDER
ROBERT HALF INTERNATIONAL INC., JOHN
DOES # 1-10

                    Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court's practice is to have the issues joined as to all

parties prior to scheduling a conference pursuant to Rule 16 of

the Federal Rules of Civil Procedure.  Within ten days of the

date of this Order, Plaintiffs shall in writing inform the Court

of what efforts they are making to identify Defendants John and

Jane Does ## 1-10.

SO ORDERED.

Dated:    New York, New York
          April 9, 2009

                                        _____
                                            Deborah A. Batts
                                        United States District Judge